DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES BARLOW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1199

[October 3, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 12-15659CF10A.

Charles Barlow, South Bay, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***